**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br>**Kathleen E Durborow,**<br>    Debtor.<br><br>**Nationstar Mortgage LLC dba Champion Mortgage Company,**<br>    Movant,<br>v.<br>**Kathleen E Durborow, and<br>KENNETH E. WEST (Chapter 13),**<br>    Respondents. | **Bankruptcy No. 20-12933-mdc**<br><br>**Chapter 13** |

## ORDER VACATING AUTOMATIC STAY

AND NOW, this 27th day of December 2021, upon consideration of Nationstar Mortgage LLC dba Champion Mortgage Company's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Nationstar Mortgage LLC dba Champion Mortgage Company and it is further

ORDERED, that Nationstar Mortgage LLC dba Champion Mortgage Company, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 300 5th Avenue, Parkesburg, PA 19365, including without limitation a sheriff's sale of the property, and it is further

ORDERED that Nationstar Mortgage LLC dba Champion Mortgage Company's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge